Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff



UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| GLORIA BARKER, | ) |
| Plaintiff, | ) CV 08-828-AC |
| vs. | ) ORDER |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

After considering the Plaintiff's motion to Dismiss, and that Defendant has been contacted and has not responded regarding this motion, it is hereby ORDERED that Plaintiff's claim is dismissed.

IT IS SO ORDERED this 17th day of August, 2009.

_____
JOHN V. ACOSTA
UNITED STATES
DISTRICT COURT MAGISTRATE JUDGE

Presented by:

Rory Linerud, OSB # 97006
Attorney for Plaintiff
PO Box 1105, Salem, OR 97308-1105
(503)587-8776

ORDER
Page 1